No. — – —. E. S. *v.* ILLINOIS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. A–154. THOM *v.* UNITED STATES ET AL. C. A. 8th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–157. HEUNG-KONG *v.* SEIFERT, WARDEN. D. C. C. D. Cal. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–174. SMALIS *v.* COURT OF COMMON PLEAS BAIL AGENCY. Application for certificate of probable cause, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–212. HEUNG-KONG *v.* SEIFERT, WARDEN. C. A. 9th Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–1121. IN RE DISBARMENT OF RAGANO. Frank Ragano, of Tampa, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on May 18, 1992 [504 U. S. 904], is hereby discharged.

No. D–1126. IN RE DISBARMENT OF MARTIN. Motion to defer consideration denied. Disbarment entered. [For earlier order herein, see 504 U. S. 938.]

No. D–1134. IN RE DISBARMENT OF KIMURA. Robert Yutaka Kimura, of Honolulu, Haw., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 8, 1992 [504 U. S. 970], is hereby discharged.

No. D–1143. IN RE DISBARMENT OF BYRD. Disbarment entered. [For earlier order herein, see 505 U. S. 1217.]

No. 65, Orig. TEXAS *v.* NEW MEXICO. Final Report of the River Master for Accounting Year 1991 received and ordered filed. [For earlier order herein, see, *e. g.,* 504 U. S. 954.]